UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOHN WESLEY FOWLER,**

   Plaintiff,

v.                               **No. 4:22-cv-00949-P-BJ**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 22. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore finds that the Commissioner of the Social Security Administration's decision is hereby **AFFIRMED**. The Court therefore **ORDERS** that Plaintiff's claims are thus **DISMISSED with prejudice.**

**SO ORDERED** on this **5th day of October 2023.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE